IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 99-cv-02473-PSF-BNB

TYREE FRED LEE DAVIS,

    Plaintiff,

v.

STEVEN MILLS, et al.,

    Defendants.

---

**ORDER DENYING AS MOOT PLAINTIFF'S
MOTION FOR DEMAND FOR JUDGMENT**

---

This matter comes before the Court on the plaintiff's Notice and Motion For Demand For Judgment (Dkt. # 84), filed October 23, 2004. Plaintiff's motion requests an entry of judgment against Defendant Steven Mills, asserting that Defendant Mills defaulted in this case.

On January 21, 2004, judgment was entered in favor of plaintiff and against Defendant Mills (Dkt. # 82). It may be that a copy of the judgment never reached plaintiff, as the Court's records do show that mail from that period was being returned. A copy of the judgment is enclosed. For these reasons, the current Motion for Demand For Judgment is moot, and therefore is DENIED.

DATED: October 24, 2006

BY THE COURT:

*/s/ Phillip S. Figa*
Phillip S. Figa
United States District Judge